UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | |
|---|---|
| NICHOLE ALBIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 11-2183-JAR-GLR |
| NORTH AMERICAN ASSET SERVICES, LLC dba FRONTIER FINANCIAL GROUP, | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

NICHOLE ALBIN (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against NORTH AMERICAN ASSET SERVICES LLC dba FRONTIER FINANCIAL GROUP, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Olathe, Johnson County, Kansas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a corporation with a business office in Henderson, Nevada.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant is attempting to collect a debt for an HSBC Credit card.

13. Defendant calls Plaintiff from 716-633-3820 and leaves call back number, 800-860-1582.

14. Defendant called Plaintiff's in laws, and Plaintiff's brother in law and disclosed Plaintiff's debt.

15. Defendant threatened to have the sheriff come to Plaintiff's door to repossess items purchased with the credit card.

16. Defendant threatened to proceed with legal action against Plaintiff in Johnson County (See Exhibit A).

17. Defendant fails to provide the identity of the company calling (See Exhibit A).

18. Defendant fails to disclose that the calls are from a debt collector (See Exhibit A). .

# COUNT I
# DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§169b(2)* of the FDCPA by communicating with Plaintiff's in law and brother in law for the purpose of obtaining location information and disclosing that Plaintiff owes a debt.

   b. Defendant violated *§1692c(b)* of the FDCPA by communicating with third parties, Plaintiff's in laws and brother in law, in connection with the collection of a debt.

   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural consequence is the abuse and harassment of the Plaintiff.

   d. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls to Plaintiff without meaningful disclosure of the caller's identity because Defendant fails to state the name of the company calling.

   e. Defendant violated *§1692e(5)* of the FDCPA by threatening to proceed with legal action against Plaintiff when Defendant has not and does not intend to take such action.

   f. Defendant violated *§1692e(10)* of the FDCPA by using false representations and deceptive means in an attempt to collect a debt when Defendant threatened to have the sheriff come to Plaintiff's door to repossess items purchased with the credit card.

   g. Defendant violated *§1692e(11)* of the FDCPA by failing to state that the call is from a debt collector.

WHEREFORE, Plaintiff, NICHOLE ALBIN, respectfully requests judgment be entered against Defendant, NORTH AMERICAN ASSET SERVICES, LLC dba FRONTIER FINANCIAL GROUP for the following:

20. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

**Plaintiff designates Kansas City as place for TRIAL.**

RESPECTFULLY SUBMITTED,

By: /s/ Adam C. Maxwell
Adam C. Maxwell
Krohn & Moss, Ltd.
Consumer Law Center
120 W. Madison St. - 10th Floor
Chicago, IL  60602
(312) 578-9428 ext 281
(866) 309-9458 Fax
amaxwell@consumerlawcenter.com

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, NICHOLE ALBIN, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, NICHOLE ALBIN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, NICHOLE ALBIN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_03-27-11_
Date

_Nichole Albin_
NICHOLE ALBIN

## **EXHIBIT A**

**Transcribed voicemails**

Good afternoon Ms. Albin, my name is Donna Foster. The reason for my call this afternoon is actually concerning two matters regarding a case Ms. Albin. We do have an order of repossession. We have scheduled _____ 1412, East Stage Coach Drive in the county of Johnson and I also do have a case here in my office scheduled also for that county to be rectified no later than tomorrow, which is Friday 18th of February concerning a case and for further action. It is very important we do touch base with him immediately. If you could, kindly contact me back here when you do get the chance to, 716-633-3820, case number in our office is 963579 - Johnson County. Thank you.

Hi Nicole, it's Donna. I was actually asked by John to follow up with you concerning this. If you can call us back, we might have another option for you at this time. Just give me a buzz back when you get this message.

Hi Nicole good morning, it is Donna Foster. I had spoken to you on Friday. Clearly we are holding Jason's case here, but we need to know what is going on today or unfortunately we do have to push for other recommendations for further action in Johnson County, so it is very, very important that you and I do touch base. I know you do work nights. Again I do not know how to reach you indirectly, so I will extend this obviously. I am going to be in my office until around 7 p.m. Eastern Standard Time, so again it is very important you and me touch base before that. My number is 716-633-3820.

Hi Nicole, this is John Kirk trying to get in contact with you or Jason. If you can, call me back with regards to Jason's account. My phone number is 716-634-6094 and I just gave you the information, but I also wanted just to go over the account because we left it open and we have not heard back from you Friday.

Hi Nicole, it is Donna. We have not heard back from you concerning the case here. Again we can give you up until March, but we do know what you and your folks are doing today. My number is 716-633-3820.