UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | | |
|---|---|---|
| NICHOLE ALBIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:11-cv-02183-JAR -GLR |
| NORTH AMERICAN ASSET SERVICES, | ) | |
| LLC dba FRONTIER FINANCIAL GROUP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, NICHOLE ALBIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: _/s/ Adam C. Maxwell _
    Adam C. Maxwell
    Krohn & Moss, Ltd.
    Consumer Law Center
    120 W. Madison St. - 10th Floor
    Chicago, IL  60602
    (312) 578-9428 ext 281
    (866) 309-9458 Fax
    amaxwell@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was e-mailed to Trent Richards, Attorney for Defendant at trichards@bourassalawgroup.com

By: _/s/ Adam C. Maxwell_
Adam C. Maxwell
Attorney for Plaintiff